UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANAND SRINIVASAN,<br><br>        Plaintiff,<br><br>v.<br><br>CONDOLEEZZA RICE, Secretary of State of the United States, <u>et al.</u><br><br>        Defendants. | Case Number: 1:07CV02299(RJL) |

**NOTICE OF APPEARANCE**

The Clerk of Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel of record for Defendants in the above-captioned action.

Dated: December 27, 2007

Respectfully submitted,

/s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 514-7198   Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov